1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT FOR THE
8                              EASTERN DISTRICT OF CALIFORNIA
9
10   DEANNA TWEEDY,                    )     1:09cv548 GSA
                                       )
11                                     )     ORDER DISCHARGING
                                       )     ORDER TO SHOW CAUSE
          Plaintiff,                   )     (Document 9)
12                                     )
                                       )     ORDER GRANTING PLAINTIFF'S
13                                     )     REQUEST FOR EXTENSION OF TIME TO
     vs.                               )     FILE AN OPENING BRIEF
14                                     )
     MICHAEL J. ASTRUE, Commissioner,  )
15                                     )
                                       )
16        Defendant.                   )
     _____)
17
          On March 23, 2009, Plaintiff filed the present action for judicial review of the denial of her
18
   Social Security benefits.  On November 24, 2009, the Court issued an order to show cause why
19
   sanctions should not be imposed for Plaintiff's failure to file an opening brief by November 2, 2009.
20
          On December 14, 2009, Plaintiff filed a response to the order to show cause and requested an
21
   extension until December 18, 2009 to file her opening brief.  In the response, Plaintiff's counsel
22
   explained that she missed the filing deadline because it was not properly calendared.  Plaintiff has
23
   represented that Defendant's counsel does not oppose the request.
24
          Based on the foregoing, it appears that Plaintiff's failure to file an opening brief was
25
   inadvertent.  Accordingly, the order to show cause is hereby DISCHARGED.  Plaintiff's request for
26
   an extension of time is GRANTED.  Plaintiff shall serve her opening brief no later than **December**
27
28                                            1

**18, 2009.** All other deadlines outlined in this Court's scheduling order dated March 24, 2009, remain in effect.

IT IS SO ORDERED.

Dated:  **December 16, 2009**               /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE