| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | LUCILLE GONZALES MEIS |
| | Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
| | KATHERINE R. LOO [C.S.B.N. 162029] |
| 4 | Special Assistant United States Attorney |

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone: (415) 977-8958
   Facsimile: (415) 744-0134
   E-Mail: katherine.loo@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| DEANNA TWEEDY, ) | |
| ) | CIVIL NO. 1:09-cv-548-GSA |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO EXTEND |
| v. ) | BRIEFING SCHEDULE AND ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

   The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment.  This case has been assigned to a new Special Assistant United States Attorney, due to a scheduling conflict arising from the large number of cases which await briefing, and the undersigned counsel requires additional time to respond to Plaintiff's arguments. The current due date is January 18, 2010.  The new due date will be February 18, 2010.

   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

///

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: January 13, 2010 | */s/ Bess M. Brewer*<br>(As authorized via email)<br>BESS M. BREWER<br>Attorney for Plaintiff |
| Dated: January 14, 2010 | BENJAMIN B. WAGNER<br>United States Attorney<br>LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | /s/ *Katherine R. Loo*<br>KATHERINE R. LOO<br>Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

## ORDER

APPROVED AND SO ORDERED.

DATED: January 14, 2010                            /s/ Gary S. Austin
                                                                  The Honorable Gary S. Austin
                                                                  United States Magistrate Judge